UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COLLEEN KUCHAR, et al., On behalf of herself and all other persons similarly situated, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| SABER HEALTHCARE HOLDINGS, LLC et al. | ) ) ) |
| Defendants. | ) |

**OPT-IN AND CONSENT FORM**

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

11/11/2020
_____
Date

*Colleen Kuchar*
_____
Signature

Colleen Kuchar
_____
Printed Name