UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COLLEEN KUCHAR<br>On behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br>   v.<br><br>SABER HEALTHCARE HOLDINGS, LLC, *et al.*,<br><br>      Defendants. | CASE NO. 1:20-cv-2542<br><br>JUDGE JAMES S. GWIN<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR CONDITIONAL CERTIFICATION AND MEMORANDUM IN SUPPORT UNDER SEAL** |

Plaintiff respectfully requests leave to file under seal her Motion for Conditional Fair Labor Standards Act Certification and Memorandum in Support.

On April 14, 2021, at ECF #27, the parties filed a Stipulated Protective Order, which has not yet been signed. Many of the documents produced by Defendants to date in this action have been marked as "Confidential" under that stipulation, including several of the documents which Plaintiff intends to attach to her conditional certification motion as Exhibits.

Based upon the foregoing, Plaintiff requests leave to file her Motion for Conditional Certification and Memorandum in Support under seal.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, OH 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)

**THE FUCHS FIRM LLC**
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of May, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties who have made an appearance by operation of the Court's electronic filing system and those parties may access the filing through the Court's system.

/s/ Scott D. Perlmuter
SCOTT D. PERLMUTER (0082856)