IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COLLEEN KUCHAR, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:20-cv-02542 |
| | ) |
| v. | ) JUDGE JAMES S. GWIN |
| | ) |
| SABER HEALTHCARE HOLDINGS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR MOTION TO DECERTIFY FLSA COLLECTIVE ACTION, MOTION TO DECERTIFY RULE 23 CLASS ACTION, AND MOTION FOR SUMMARY JUDGMENT**

Defendants, Saber Healthcare Holdings, LLC, Saber Healthcare Group, LLC, Multi-Care Management, Inc., and Aurora Manor, L.P. (collectively "Defendants"), by and through their counsel, respectfully request leave to exceed the page limitations for the memoranda that will accompany their Motion to Decertify FLSA Collective Action, Motion to Decertify Rule 23 Class Action, and Motion for Summary Judgment.

Local Rule 7.1(f) imposes limitations of 15 pages for non-dispositive motions and 20 pages for dispositive motions. Given the number of Defendants, Plaintiffs and Opt-In Plaintiffs, as well as the complexity of the legal and factual issues related to FLSA collective action certification, Rule 23 class action certification, and summary judgment in that context, Defendants anticipate they will need to exceed the standard page limits in order to thoroughly and comprehensively brief the issues before the Court. Accordingly, Defendants request leave to

{04002914 - 1}

exceed the page limitations of Local Rule 7.1(f), but not to exceed 25 pages, for each of the above-referenced motions.

                                                Respectfully submitted,

                                                */s/ Mark S. Fusco*
                                                Mark S. Fusco (Reg. No. 0040604)
                                                    Email: mfusco@walterhav.com
                                                    Direct Dial: 216-619-7839
                                                Sara Ravas Cooper (Reg. No. 0076543)
                                                   Email: scooper@walterhav.com
                                                  Direct Dial: 216-928-2898
                                               Russell T. Rendall (Reg. No. 0089901)
                                                  Email: rrendall@walterhav.com
                                                 Direct Dial: 216-658-6237

                                               WALTER | HAVERFIELD LLP
                                               1301 E. Ninth Street, Suite 3500
                                               Cleveland, Ohio  44114
                                               (216) 781-1212 telephone
                                               (216) 575-0911 facsimile

                                               *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Defendants' Motion for Leave to Exceed Page Limitations for Motion to Decertify FLSA Collective Action, Motion to Decertify Rule 23 Class Action, and Motion for Summary Judgment* has been filed this 20th day of January, 2022, through the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Mark S. Fusco*
                                                  Attorney for Defendants